# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CONMACO/RECTOR, L.P.**  *<br>     **PLAINTIFF**             * | **CIVIL ACTION NO.  2:12-CV-02337** |
|                           * | |
|     **V.**                * | **JUDGE JANE TRICHE MILAZZO** |
|                           * | |
| **L & A CONTRACTING COMPANY** * | **MAG. JUDGE KAREN WELLS ROBY** |
|     **DEFANT**         * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF SATISFACTION OF JUDGMENT

Considering the foregoing Joint Motion for Order of Satisfaction of Judgment:

IT IS HEREBY ORDERED that the Judgment entered herein and the Report and Recommendation entered herein against defendant, L & A Contracting Company, Inc. in the amount of $113,081.91, together with all legal interest and costs, have been fully paid and satisfied and a notation shall be entered into the record indicating that that the Report and Recommendation dated July 7, 2014 is fully satisfied.

Accordingly,

**IT IS ORDERED** that the Report & Recommendation (Doc. 103) is hereby adopted.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorney Fees (Doc. 98) is GRANTED for reasons set forth the Report & Recommendation and this Satisfaction of Judgment.

New Orleans, LA this 12th day of August, 2014.

_____
JUDGE, U.S.D.C.